

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0273

FILED

04/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0273

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RANDY S. LAEDEKE,

    Defendant and Appellant.

FILED

APR 20 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Randy S. Laedeke has filed a motion for extension of time within which to file his reply opening brief.

IT IS ORDERED that the motion for extension of time is GRANTED. Appellant is directed to file and serve his reply brief on or before April 24, 2020.

No further extensions will be granted.

DATED this 20 day of April, 2020.

For the Court,

By _____
        Chief Justice